ROSE E. RADKA, as Administratrix of the Estate of WILLIAM H. RADKA, Deceased, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Radka* v. *N. Y. C. & H. R. R. R. Co.*, 146 App. Div. 901; affirmed. (Argued May 14, 1914; decided June 2, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 30, 1912, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer.

*George W. Watson* and *Russell L. Kinsey* for appellant.

*Alfred L. Becker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.